# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TIFFINY BENTLEY; JAMES DONALD HUNT; and CYNTHIA COLLIER HUNT,<br>　　　　Plaintiffs,<br><br>v.<br><br>ALAN VESTER AUTO GROUP, INC.; ALAN VESTER; and UNIVERSAL UNDERWRITERS INSURANCE COMPANY,<br>　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:07-CV-434-F** |

**Decision by Court.**

　　　　IT IS ORDERED AND ADJUDGED that the defendants' Motion to Dismiss is ALLOWED as to the plaintiffs' federal claims, Claims Five and Six and those claims are DISMISSED. The plaintiffs' remaining claims, Claims One, Two, Three, Four, Seven and Eight, all predicated on North Carolina law, are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c). Any motions still pending are DENIED as moot, and the Clerk of Court is DIRECTED to close this case.

　　　　THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 29, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| John S. Hughes<br>525 N. Main Street<br>Salisbury, NC 28144 | Lyn K. Broom<br>Paul A. Daniels<br>101 S. Elm Street, Suite 350<br>Greensboro, NC 27401 |
| September 29, 2009<br>Date | DENNIS P. IAVARONE<br>Clerk of Court<br><br>　/s/ Susan K. Edwards　　　　　|
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |